IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00062-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO LOPEZ-HERNANDEZ,
    *a/k/a Antonio Lopez,*
    *a/k/a Victor Suarez-Hernandez,*

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Kelly Christl
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Kelly_Christl@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Daniel R. McIntyre, Assistant United States Attorney
    E-mail:  daniel.mcintyre@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Marco Lopez-Hernandez  (via U.S. mail)
    Register No.  14187-308
    c/o FDC – Englewood

                                    s/ Kelly Christl
                                    KELLY CHRISTL
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Kelly_Christl@fd.org
                                    Attorney for Defendant